CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 0 2 2010

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY STEVE DAVIS, | ) |
| Plaintiff, | ) Case No. 7:10CV00005 |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's "Complaint for Injunction" (Dkt. No. 54) is hereby **CONSTRUED** as a separate civil rights complaint pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the clerk is **DIRECTED** to remove Dkt. No. 54 from this action and to file it as a separate civil rights action pursuant to Bivens. This memorandum opinion shall be docketed as the first event in the new Bivens action.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 2d day of June, 2010.

_____
United States District Judge