CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 12 2010

JOHN F. CORCORAN, CLERK
BY:
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROY STEVE DAVIS, | ) |
| Plaintiff, | ) Case No. 7:10CV00005 |
| v. | ) FINAL ORDER |
| UNITED STATES OF AMERICA, | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss (DE 44) is **GRANTED**, pursuant to Fed. R. Civ. P. 12(b)(1), as to plaintiff's claims under the Federal Tort Claims Act; plaintiff's pending motions (DE 46, 48) are **DENIED**; and this civil action is stricken from the active docket of the court.

ENTER: This 12th day of July, 2010.

_____
Chief United States District Judge